Argued and submitted April 20, 1988, affirmed on appeal and on cross-appeal
February 22, 1989

In the Matter of the Marriage of

KASPER,

*Respondent - Cross-Appellant,*

*and*

KASPER,

*Appellant - Cross-Respondent.*

(86-770; CA A43560)

768 P2d 447

Michael J. Gillespie, Coquille, argued the cause for appellant - cross-respondent. With him on the briefs was Slack, Stone and Gillespie, Coquille.

Lynn H. Heusinkveld, Coos Bay, argued the cause and filed the brief for respondent - cross-appellant.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

In this appeal from a dissolution judgment, husband contends that the trial court erred in its valuation of certain real property. Wife cross-appeals the court's denial of her motion for an accounting and to surcharge husband for personal use of marital assets. Both appeals have merits. However, on *de novo* review, we conclude, after considering those merits, that the property distribution is equitable.

Affirmed on appeal and on cross-appeal. No costs to either party.